**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:  DISCIPLINE OF            ) | |
| REBECCA CATHERINE STEIN,        ) | |
| ATTORNEY REGISTRATION           ) | |
| NUMBER 321862, A MEMBER OF THE  )   Misc. No. 2:24-mc-410 | |
| BAR OF THE UNITED STATES        ) | |
| DISTRICT COURT FOR THE WESTERN  ) | |
| DISTRICT OF PENNSYLVANIA        ) | |

## ORDER

WHEREAS Attorney Stein was temporarily suspended from the Bar of this Court by order dated June 13, 2024 (ECF #2), and remains suspended as of this date;

WHEREAS, by order of the Supreme Court of Pennsylvania dated April 14, 2025, entered in Disciplinary Proceeding Number 39 DB 2024, Attorney Stein was suspended on consent from the Bar of the Commonwealth of Pennsylvania for a period of 3 years, retroactive to May 4, 2024;

WHEREAS this Court entered an Order to Show Cause on April 17, 2025, directing Attorney Stein to show cause why a reciprocal order of suspension on consent for a period of 3 years should not be entered by the United States District Court for the Western District of Pennsylvania, returnable within thirty (30) days; and

WHEREAS Attorney Stein has filed no response to the Order to Show Cause.

NOW THEREFORE IT IS HEREBY ORDERED that Attorney Stein is reciprocally suspended on consent for a period of 3 years, retroactive to May 4, 2024, from the Bar of the United States District Court for the Western District of Pennsylvania;

IT IS FURTHER ORDERED that the Clerk of Court shall confirm that Attorney Stein's CM/ECF User Account remains suspended and that Attorney Stein is identified as suspended in the Court's attorney admission records; and

IT IS FINALLY ORDERED that Attorney Stein must file a Petition for Reinstatement with the Clerk of Court before she can resume the practice of law before this Court. LCvR 83.3G. Because suspension of Attorney Stein's CM/ECF User Account will prevent her from filing documents electronically, Attorney Stein will be required to submit all papers for filing, including any Petition for Reinstatement, to the Clerk of Court in hard copy or via electronic mail sent to PAWD_Attorney_Status@pawd.uscourts.gov, with a cover letter explaining why the documents could not be filed electronically.

The Clerk of Court is directed to give notice of the entry of this order to Attorney Stein via registered or certified mail sent to the mailing address on record with the Pennsylvania Disciplinary Board because Attorney Stein maintains no physical address with this Court.

Dated:  June 17, 2025                                    BY THE COURT:

                                                        _/s/ Mark R. Hornak_
                                                        Mark R. Hornak
                                                        Chief United States District Judge